DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Lynn T. Nolan, Esq. - 039952011
GROSS POLOWY, LLC
Formed in the State of Delaware
2500 Plaza 5, Suite 2548
Jersey City, NJ 07311
(716)204-1700
E-mail: lnolan@grosspolowy.com
Attorneys for Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for U.S. Bank National Association, as Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-15N

**Order Filed on February 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    JEFFREY D HART

               Debtor(s).

Case No.: 17-29315-aba

Hearing Date: January 8, 2019

Judge: Andrew B. Altenburg

Chapter: 13

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) , three (3) and (4) four is hereby **ORDERED**.

**DATED: February 6, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**DATED:**

|  |  |
|---|---|
| Applicant: | Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for U.S. Bank National Association, as Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-15N |
| Applicant's Counsel: | Lynn T. Nolan, Esq. |
| Debtor's Counsel: | Scott M. Zauber, Esq. |
| Property Involved ("Collateral"): | 613 Jonathan Hoffman Road, Cape May, NJ 08204 |

Relief sought:    ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for 4 months, from 10/1/2018 to 1/1/2019

    ☒ The Debtor is overdue for 2 payments at $2,172.91 per month and 2 payments at $2,175.97 per month

    ☐ The Debtor is assessed for _____ late charges at $_____ per month.

    [X]  Applicant acknowledges suspense funds in the amount of $5.00.

    Total Arrearages Due $8,692.76.

2. Debtor must cure all post-petition arrearages, as follows:

    ☒ Immediate payment shall be made in the amount of $2,172.91. Payment shall be made no later than 1/30/2019.

    ☒ Beginning on 2/1/2019, regular monthly mortgage payments shall continue to be made.

    ☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $____ for ___ months.

    ☒ The amount of $6,519.85 shall be capitalized in the debtor's Chapter 13 plan. Said amount shall be set up on Trustee's ledger as a separate Claim. Debtor(s) shall file a Modified Plan within 10 days from the entry

      of this Order to account for the additional arrears to be paid to the secured creditor via Chapter 13 Plan and to adjust monthly payments to the Chapter 13 Trustee accordingly.

3.     Payments to the Secured Creditor shall be made to the following address(es):

☒ Immediate payment:
   Nationstar Mortgage LLC d/b/a Mr. Cooper
   PO Box 619094
   Dallas TX 75261-9741

☒ Regular Monthly payment:
   Nationstar Mortgage LLC d/b/a Mr. Cooper
   PO Box 619094
   Dallas TX 75261-9741

☐ Monthly cure payment:

4.     In the event of Default:

   ☒ Should the Debtors fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

   ☒ In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

   ☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than

      thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

5. Award of Attorneys' Fees:

   ☒ The Applicant is awarded attorneys fees of $<u>531.00</u>, and costs of $_____.

   The fees and costs are payable:

   ☒ Through the Chapter 13 plan. These fees/costs shall be set up as a separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

   ☐ to the Secured Creditor within_____days.

   ☐ Attorneys' fees are not awarded.

6. This Agreed Order survives any loan modification agreed to and executed during the instant bankruptcy.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                      Case No. 17-29315-ABA
Jeffrey D. Hart                                             Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Feb 06, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2019.
db            Jeffrey D. Hart,    435 Elm Ave,    Pitman, NJ   08071-1011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN
               XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin M. Buttery    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASSTHROUGH CERTIFICATES,
               SERIES 2007-15N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bkyefile@rasflaw.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper as
               servicer for U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE
               PASS-THROUGH CERTIFICATES SERIES 2007-15N ecfnotices@grosspolowy.com,    jbommelje@grosspolowy.com
              Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
               servicing agent for U.S. Bank National Association, as Trustee For Lehman XS Trust Mortgage
               Pass-Through Certificates, Series 2007-15N ecfnotices@grosspolowy.com,    jbommelje@grosspolowy.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES rsolarz@kmllawgroup.com
              Scott M. Zauber    on behalf of Debtor Jeffrey D. Hart jwiesner@subranni.com,
               ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS
               TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N smncina@rascrane.com
              Thomas J Subranni    on behalf of Debtor Jeffrey D. Hart jwiesner@subranni.com,
               ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 11