UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax (609) 345-4545
Attorneys for Debtor(s)
By:  Jeanie D. Wiesner, Esq.  JW3209
jwiesner@subranni.com

**Order Filed on March 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jeffrey D. Hart

Case No.: __17-29315-ABA__

Chapter: 13

Judge: __Altenburg__

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 20, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jeanie D. Wiesner_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____359.00_____ per month for _____18_____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-29315-ABA
Jeffrey D. Hart                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Mar 20, 2019
                      Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2019.
db         Jeffrey D. Hart,    435 Elm Ave,    Pitman, NJ 08071-1011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2019 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Jeanie D. Wiesner    on behalf of Debtor Jeffrey D. Hart jwiesner@subranni.com, ecorma@subranni.com;cwild@subranni.com
          Kevin M. Buttery    on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-15N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bkyefile@rasflaw.com
          Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-15N ecfnotices@grosspolowy.com,   jbommelje@grosspolowy.com
          Lynn Therese Nolan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for U.S. Bank National Association, as Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-15N ecfnotices@grosspolowy.com,   jbommelje@grosspolowy.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N rsolarz@kmllawgroup.com
          Scott M. Zauber    on behalf of Debtor Jeffrey D. Hart jwiesner@subranni.com, ecf@subranni.com;ecorma@subranni.com;cwild@subranni.com;dhoff@subranni.com
          Sindi  Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N smncina@rascrane.com
          Thomas J Subranni    on behalf of Debtor Jeffrey D. Hart jwiesner@subranni.com, ecorma@subranni.com;dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                    TOTAL: 12