Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

            Case No.:  17−29315−ABA
            Chapter:  13
            Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey D. Hart
   435 Elm Ave
   Pitman, NJ 08071−1011

Social Security No.:
   xxx−xx−2470

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on December 1, 2017.

   On the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                August 14, 2019
Time:               09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 9, 2019
JAN: kaj

                                                                                  Jeanne Naughton
                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-29315-ABA
Jeffrey D. Hart                                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jul 09, 2019
                              Form ID: 185             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
```
db              Jeffrey D. Hart,    435 Elm Ave,    Pitman, NJ  08071-1011
cr             +LEHMAN XS TRUST MORTGAGE PASSTHROUGH CERTIFICATES,,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
517082703       American Express,    PO Box 981537,    El Paso, TX  79998-1537
517258069       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517082704      +Asset Management 19, LLC,    17011 Beach Bllvd # 300,    Huntington Beach, CA 92647-5950
517082705      +Aurora Loan Services Inc.,    601 5th Ave.,    Scottsbluff, NE 69361-3581
517082706       Barbara Hart,    209 W Drumbed Rd,    Villas, NJ  08251-2026
517082707      +Best Buy/CBNA,    POB 6497,    Sioux Falls, SD 57117-6497
517082708       Cape Urgent Care,    PO Box 605,    Marlton, NJ  08053-0605
517082711      +Chase/Bank One Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
517082712       First Tennessee Bank,    PO Box 15003,    Knoxville, TN  37901-5003
517082713      +Ford Motor Credit,    POB 542000,    Omaha, NE 68154-8000
517082715       Jack Fascciolo DO,    1 Secluded Ln,    Rio Grande, NJ  08242-1546
517082716     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX  75067)
517806783   ++++NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER,    GROSS POLOWY, LLC,    2500 PLAZA FIVE STE 2548,
                 JERSEY CITY NJ  07311-4026
               (address filed with court: Nationstar Mortgage, LLC d/b/a Mr. Cooper,    Gross Polowy, LLC,
                 2500 Plaza 5, Suite 2548,    Jersey City, NJ 07311)
517138843      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas TX 75261-9096
517082717      +PNC Bank NA,    PO Box 3180,    Pittsburgh, PA 15230-3180
517263057     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517082718       State Of New Jersey Division Of Taxatio,    PO Box 250,    Trenton, NJ  08646-0250
517082719       Sunoco/CBNA,    PO Box 6497,    Sioux Falls, SD  57117-6497
517082722      +The Home Depot-CBSD,    POB 790328,    St. Louis, MO 63179-0328
517128607      +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,    KML Law Group, P.C.,
                 216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
517132943      +U.S. Bank National Association, as Trustee,    ALDRIDGE PITE, LLP,
                 4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
517082723       Wells Fargo,    POB 10347,    Des Moines, IA  50306-0347
517191230       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 23:55:37      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 23:55:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517082709      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2019 23:57:29      Capital One,
                 POB 5253,    Carol Stream, IL 60197-5253
517082710      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2019 23:56:53      Capital One/Best Buy,
                 POB 5253,    Caro Stream, IL 60197-5253
517082714      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 23:57:58      GECRB/Sears Installment,
                 POB 6153,    Rapid City, SD 57709-6153
517218438       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2019 23:57:34
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517272336       E-mail/Text: bnc-quantum@quantum3group.com Jul 09 2019 23:55:26
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517082720       E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 23:57:22      SYNCB/Lowes,    PO Box 965005,
                 Orlando, FL  32896-5005
517082721      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 23:57:58      SYNCB/Sleepys,    POB 965036,
                 OPrlando, FL 32896-5036
517083254      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 23:57:59      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1              User: admin              Page 2 of 2              Date Rcvd: Jul 09, 2019
                                  Form ID: 185             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:

```
          Denise E. Carlon     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN
           XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jeanie D. Wiesner     on behalf of Debtor Jeffrey D. Hart jwiesner@subranni.com,
           dhoff@subranni.com;cwild@subranni.com
          Kevin M. Buttery     on behalf of Creditor    LEHMAN XS TRUST MORTGAGE PASSTHROUGH CERTIFICATES,
           SERIES 2007-15N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bkyefile@rasflaw.com
          Lynn Therese Nolan     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
           servicing agent for U.S. Bank National Association, as Trustee For Lehman XS Trust Mortgage
           Pass-Through Certificates, Series 2007-15N ecfnotices@grosspolowy.com,  lnolan@grosspolowy.com
          Lynn Therese Nolan     on behalf of Creditor    Nationstar Mortgage, LLC d/b/a Mr. Cooper as
           servicer for U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE
           PASS-THROUGH CERTIFICATES SERIES 2007-15N ecfnotices@grosspolowy.com,  lnolan@grosspolowy.com
          Rebecca Ann Solarz     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N rsolarz@kmllawgroup.com
          Scott M. Zauber     on behalf of Debtor Jeffrey D. Hart jwiesner@subranni.com,
           ecf@subranni.com;cwild@subranni.com;dhoff@subranni.com
          Sindi  Mncina     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS
           TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N smncina@rascrane.com
          Thomas J Subranni     on behalf of Debtor Jeffrey D. Hart jwiesner@subranni.com,
           dhoff@subranni.com;cwild@subranni.com;ecf@subranni.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```