**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)
SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax (609) 345-4545
Attorneys for Debtor(s)
By: Jeanie D. Wiesner, Esq. JW3209
jwiesner@subranni.com

Order Filed on March 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Jeffrey D. Hart
Debtor

Case No.: 17-29315-ABA
Chapter: 13
Judge: Altenburg, Jr.

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: March 24, 2020

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jeanie D. Wiesner, Esq._____, the applicant, is allowed a fee of $ _____700.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____700.00_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,003.00_____ per month for _____6_____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Jeffrey D. Hart  
    Debtor

Case No. 17-29315-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 24, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2020.  
db          Jeffrey D. Hart,     435 Elm Ave,     Pitman, NJ    08071-1011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2020 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jeanie D. Wiesner     on behalf of Debtor Jeffrey D. Hart jwiesner@subranni.com, dhoff@subranni.com;cwild@subranni.com;tom@subranni.com  
         Kevin M. Buttery     on behalf of Creditor     LEHMAN XS TRUST MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-15N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bkyefile@rasflaw.com  
         Lynn Therese Nolan     on behalf of Creditor     Nationstar Mortgage, LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-15N ecfnotices@grosspolowy.com,    lnolan@grosspolowy.com  
         Lynn Therese Nolan     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for U.S. Bank National Association, as Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-15N ecfnotices@grosspolowy.com, lnolan@grosspolowy.com  
         Maria D. Ramos-Persaud     on behalf of Creditor     Nationstar Mortgage, LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-15N mramos-persaud@grosspolowy.com, ecfnotices@grosspolowy.com  
         Rebecca Ann Solarz     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N rsolarz@kmllawgroup.com  
         Sindi   Mncina     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N smncina@rascrane.com  
         Sindi   Mncina     on behalf of Creditor     LEHMAN XS TRUST MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2007-15N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE smncina@rascrane.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                          TOTAL: 12