| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jeffrey D. Hart<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2470<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–29315–ABA | |

# Order of Discharge                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jeffrey D. Hart

   11/6/20                                                    **By the court:** Andrew B. Altenburg Jr.
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                         **Chapter 13 Discharge**                         page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-29315-ABA |
| Jeffrey D. Hart | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 06, 2020 | Form ID: 3180W | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jeffrey D. Hart, 435 Elm Ave, Pitman, NJ 08071-1011 |
| cr | + | LEHMAN XS TRUST MORTGAGE PASSTHROUGH CERTIFICATES,, ROBERTSON, ANSCHUTZ & SCHNEID, P.L, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 517082704 | + | Asset Management 19, LLC, 17011 Beach Bllvd # 300, Huntington Beach, CA 92647-5950 |
| 517082705 | + | Aurora Loan Services Inc., 601 5th Ave., Scottsbluff, NE 69361-3581 |
| 517082706 | | Barbara Hart, 209 W Drumbed Rd, Villas, NJ 08251-2026 |
| 517082708 | | Cape Urgent Care, PO Box 605, Marlton, NJ 08053-0605 |
| 517082712 | | First Tennessee Bank, PO Box 15003, Knoxville, TN 37901-5003 |
| 517082715 | | Jack Fascciolo DO, 1 Secluded Ln, Rio Grande, NJ 08242-1546 |
| 517082716 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 517806783 | ++++ | NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER, GROSS POLOWY, LLC, 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, Nationstar Mortgage, LLC d/b/a Mr. Cooper, Gross Polowy, LLC, 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 517138843 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas TX 75261-9096 |
| 517082717 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank NA, PO Box 3180, Pittsburgh, PA 15230-0000 |
| 517263057 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517082718 | | State Of New Jersey Division Of Taxatio, PO Box 250, Trenton, NJ 08646-0250 |
| 517128607 | + | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517132943 | + | U.S. Bank National Association, as Trustee, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 06 2020 21:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 06 2020 21:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517082703 | | EDI: AMEREXPR.COM | Nov 07 2020 01:58:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 517258069 | | EDI: BECKLEE.COM | Nov 07 2020 01:58:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517082707 | + | EDI: CITICORP.COM | Nov 07 2020 01:58:00 | Best Buy/CBNA, POB 6497, Sioux Falls, SD 57117-6497 |
| 517082709 | + | EDI: CAPITALONE.COM | Nov 07 2020 01:58:00 | Capital One, POB 5253, Carol Stream, IL 60197-5253 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 06, 2020 | Form ID: 3180W | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| 517082710 | + | EDI: CAPITALONE.COM | Nov 07 2020 01:58:00 | Capital One/Best Buy, POB 5253, Caro Stream, IL 60197-5253 |
| 517082713 | + | EDI: FORD.COM | Nov 07 2020 01:58:00 | Ford Motor Credit, POB 542000, Omaha, NE 68154-8000 |
| 517082714 | + | EDI: RMSC.COM | Nov 07 2020 01:58:00 | GECRB/Sears Installment, POB 6153, Rapid City, SD 57709-6153 |
| 517082711 | | EDI: JPMORGANCHASE | Nov 07 2020 01:58:00 | Chase/Bank One Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 517082717 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2020 21:33:00 | PNC Bank NA, PO Box 3180, Pittsburgh, PA 15230-0000 |
| 517218438 | | EDI: PRA.COM | Nov 07 2020 01:58:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517272336 | | EDI: Q3G.COM | Nov 07 2020 01:58:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517082720 | | EDI: RMSC.COM | Nov 07 2020 01:58:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 517082721 | + | EDI: RMSC.COM | Nov 07 2020 01:58:00 | SYNCB/Sleepys, POB 965036, OPrlando, FL 32896-5036 |
| 517082719 | | EDI: CITICORP.COM | Nov 07 2020 01:58:00 | Sunoco/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517083254 | + | EDI: RMSC.COM | Nov 07 2020 01:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517082722 | + | EDI: CITICORP.COM | Nov 07 2020 01:58:00 | The Home Depot-CBSD, POB 790328, St. Louis, MO 63179-0328 |
| 517082723 | | EDI: WFFC.COM | Nov 07 2020 01:58:00 | Wells Fargo, POB 10347, Des Moines, IA 50306-0347 |
| 517191230 | | EDI: WFFC.COM | Nov 07 2020 01:58:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Nov 08, 2020 | Signature: | /s/Joseph Speetjens |
|---|---|---|

District/off: 0312-1      User: admin      Page 3 of 3
Date Rcvd: Nov 06, 2020      Form ID: 3180W      Total Noticed: 35

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeanie D. Wiesner | on behalf of Debtor Jeffrey D. Hart jwiesner@subranni.com dhoff@subranni.com;cwild@subranni.com;tom@subranni.com |
| Kevin M. Buttery | on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASSTHROUGH CERTIFICATES SERIES 2007-15N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bkyefile@rasflaw.com |
| Lynn Therese Nolan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for U.S. Bank National Association as Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-15N ecfnotices@grosspolowy.com, lnolan@grosspolowy.com |
| Lynn Therese Nolan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-15N ecfnotices@grosspolowy.com, lnolan@grosspolowy.com |
| Maria D. Ramos-Persaud | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-15N mramos-persaud@grosspolowy.com, ecfnotices@grosspolowy.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASSTHROUGH CERTIFICATES SERIES 2007-15N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE smncina@rascrane.com |
| Sindi Mncina | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N smncina@rascrane.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12