# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

SUBRANNI ZAUBER LLC
1624 Pacific Ave.
Atlantic City, NJ 08401
(609) 347-7000; FAX (609) 345-4545
Attorneys for Debtor

Order Filed on December 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER 13 |
| Jeffrey D. Hart | : | |
| | : | |
| | : | CASE NO. 17-29315 (ABA) |
| | : | |
| Debtors | : | HEARING DATE: December 8, 2020 at 10:00 am |
| | : | NO ORAL ARGUMENT REQUESTED |

**ORDER AUTHORIZING CANCELLATION VOIDING AND/OR
DISCHARGE OF RECORD OF MORTGAGE AND/OR SECURED LIEN**

**DATED: December 8, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE
CERTIFIED BY THE BANKRUPTCY COURT WITH THE
APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

The following matters are determined and hereby ORDERED:

1. The debtor has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
    a. 613 Jonathan Hoffman Road
       Cape May, NJ 08204

4. The Original Mortgagee/Lienholder for the mortgage that shall be cancelled, voided and/or Discharged of record is:
    a. Original Mortgagee: National City Bank
    b. Current Assignee: PNC Bank
    c. Current Servicer:
    d. Date of Mortgage: May 11, 2007
    e. Date of Recordation: May 24, 2007
    f. Place of Recordation: Cape May County
        i. Mortgage Book: 4586
        ii. Page: 677
    g. Original Principal Balance of Mortgage: $55,000.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.