**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

SUBRANNI ZAUBER LLC
1624 Pacific Ave.
Atlantic City, NJ 08401
(609) 347-7000; FAX (609) 345-4545
Attorneys for Debtor

Order Filed on December 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER 13 |
| Jeffrey D. Hart | : | |
| | : | |
| | : | CASE NO. 17-29315 (ABA) |
| | : | |
| Debtors | : | HEARING DATE: December 8, 2020 at 10:00 am |
| | : | NO ORAL ARGUMENT REQUESTED |

**ORDER AUTHORIZING CANCELLATION VOIDING AND/OR**
**DISCHARGE OF RECORD OF MORTGAGE AND/OR SECURED LIEN**

**DATED: December 8, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE**
**CERTIFIED BY THE BANKRUPTCY COURT WITH THE**
**APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

The following matters are determined and hereby ORDERED:

1. The debtor has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
    a. 613 Jonathan Hoffman Road
       Cape May, NJ 08204

4. The Original Mortgagee/Lienholder for the mortgage that shall be cancelled, voided and/or Discharged of record is:
    a. Original Mortgagee: National City Bank
    b. Current Assignee: PNC Bank
    c. Current Servicer:
    d. Date of Mortgage: May 11, 2007
    e. Date of Recordation: May 24, 2007
    f. Place of Recordation: Cape May County
        i. Mortgage Book: 4586
        ii. Page: 677
    g. Original Principal Balance of Mortgage: $55,000.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-29315-ABA |
| Jeffrey D. Hart | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jeffrey D. Hart, 435 Elm Ave, Pitman, NJ 08071-1011 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020           Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeanie D. Wiesner | on behalf of Debtor Jeffrey D. Hart jwiesner@subranni.com  dhoff@subranni.com;cwild@subranni.com;tom@subranni.com |
| Kevin M. Buttery | on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASSTHROUGH CERTIFICATES SERIES 2007-15N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE bkyefile@rasflaw.com |
| Lynn Therese Nolan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-15N ecfnotices@grosspolowy.com, lnolan@grosspolowy.com |
| Lynn Therese Nolan | |

    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for U.S. Bank National Association as Trustee For Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-15N ecfnotices@grosspolowy.com, lnolan@grosspolowy.com

Maria D. Ramos-Persaud

    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-15N mramos-persaud@grosspolowy.com, ecfnotices@grosspolowy.com

Rebecca Ann Solarz

    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N rsolarz@kmllawgroup.com

Sindi Mncina

    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-12N smncina@rascrane.com

Sindi Mncina

    on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASSTHROUGH CERTIFICATES SERIES 2007-15N, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE smncina@rascrane.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12